UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JESSICA KARIM,

                Plaintiff,

    - against -

WARWICK VALLEY WINE CO. INC.,

                Defendant.

---

24-cv-3250 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to discuss settlement and provide an update to the Court by **June 14, 2024**. Failure to notify the Court by that date may result in dismissal without prejudice.

SO ORDERED.

Dated:    New York, New York
          May 21, 2024

                                               John G. Koeltl
                                             United States District Judge