UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JESSICA KARIM,

                        Plaintiff,

       - against -

WARWICK VALLEY WINE CO. INC.,

                       Defendant.

---

24-cv-3250 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The time to respond to the complaint is extended to **August 2, 2024.** If the defendant fails to respond by that date, the plaintiff should move by order to show cause for a default judgment.

SO ORDERED.

Dated:    New York, New York
            July 16, 2024

                             John G. Koeltl
                 United States District Judge