

July 30, 2024

Hon. Judge John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: **KARIM v. WARWICK VALLEY WINE CO. INC.
DOCKET NO. 1:24-cv-3250**

Dear Judge Koeltl:

    The undersigned represent Warner Murray, the plaintiff in the above-referenced matter. I write to advise the Court that this case has been settled in principle.

    The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

    Thank you for your time and consideration on this matter.

                                                   Respectfully,

                                                   Gabriel A. Levy